**No. 09-815. Frequent Flyer Depot, Inc., et al., Petitioners v. American Airlines, Inc.**

559 U.S. 1036, 130 S. Ct. 2061, 176 L. Ed. 2d 414, 2010 U.S. LEXIS 2807.

March 29, 2010. Petition for writ of certiorari to the Court of Appeals of Texas, Second District, denied.

Same case below, 281 S.W.3d 215.

**No. 09-857. Anne Doyle, Petitioner v. Leland Graske.**

559 U.S. 1036, 130 S. Ct. 2062, 176 L. Ed. 2d 414, 2010 U.S. LEXIS 2867.

March 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 579 F.3d 898.

**No. 09-859. William M. Windsor, Petitioner v. Maid of the Mist Corporation, et al.**

559 U.S. 1037, 130 S. Ct. 2062, 176 L. Ed. 2d 414, 2010 U.S. LEXIS 2758.

March 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 09-865. Monumental Life Insurance Company, Successor in Interest to Commonwealth Life Insurance Company, Petitioner v. Kentucky Department of Revenue, fka Revenue Cabinet, Finance and Administration Cabinet, Commonwealth of Kentucky, et al.**

559 U.S. 1037, 130 S. Ct. 2062, 176 L. Ed. 2d 414, 2010 U.S. LEXIS 2866.

March 29, 2010. Petition for writ of certiorari to the Court of Appeals of Kentucky denied.

Same case below, 294 S.W.3d 10.

**No. 09-872. Michael Casey, et al., Petitioners v. North American Savings, F.S.B., et al.**

559 U.S. 1037, 130 S. Ct. 2062, 176 L. Ed. 2d 414, 2010 U.S. LEXIS 2858.

March 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 583 F.3d 586.

**No. 09-879. Karen Waeschle, Petitioner v. Ljubisa J. Dragovic, Individually and in His Official Capacity as Medical Examiner of Oakland County, Michigan, et al.**

559 U.S. 1037, 130 S. Ct. 2063, 176 L. Ed. 2d 414, 2010 U.S. LEXIS 2767.

March 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 576 F.3d 539.

**No. 09-880. Charles W. Birks, Petitioner v. Keith F. Park, et al.**

559 U.S. 1037, 130 S. Ct. 2063, 176 L. Ed. 2d 414, 2010 U.S. LEXIS 2811,

March 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 350 Fed. Appx. 848.